# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VIOLET LYNN EAGLEMAN,<br><br>Defendant. | CR 16-50-GF-BMM<br><br>**ORDER** |

Defendant Violet Eagleman (Eagleman) appeared before United States Magistrate Judge John Johnston on November 2, 2016, and entered a plea of guilty to making False Statements Regarding Federal Funding as charged in Count I of the Indictment. Judge Johnston entered Findings and Recommendations on November 2, 2016. (Doc. 18). Judge Johnston determined: (1) that Eagleman was fully competent and capable of entering an informed and voluntary plea; (2) that Eagleman was aware of the nature of the charges against her and the consequences of pleading guilty to Count I; (3) that Eagleman understood her constitutional rights, and the extent to which she was waving those rights by pleading guilty; (4) that Eagleman's plea of guilty was a knowing and voluntary plea supported by an independent basis in fact establishing each of the essential elements of the offense charged in Count I; (5) that Eagleman had adequate time to review the Plea

Agreement with counsel; and (6) that Eagleman understood each provision of the Plea Agreement. (Doc. 18 at 1-2). Judge Johnston recommended that this Court accept Eagleman's plea of guilty to making False Statements Regarding Federal Funding as charged in Count I. (Doc. 18 at 2). Both parties have waived their right to file objections to Judge Johnston's Findings and Recommendations.

The Court has reviewed Judge Johnston's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court finds no error in Judge Johnston's Findings and Recommendations, and adopts them in full.

Accordingly, IT IS ORDERED:

1. Eagleman's Motion to Change Plea (Doc. 14) is GRANTED.

2. The Court will defer acceptance of the Plea Agreement (Doc. 17) until sentencing, at which time the Court will have reviewed both the Plea Agreement and the Presentence Investigation Report.

DATED this 2nd day of November, 2016.

Brian Morris
United States District Court Judge